# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**ROCK CREEK BAPTIST CHURCH,**<br><br>*Debtor.* | Bankruptcy No. 19-1-6565 LSS<br><br>Chapter 11<br><br>**SUPPLEMENTAL 2016(b) STATEMENT** |

Since the filing of the previous 2016(b) statement in this case, counsel has received the following payment(s) on the date(s) indicated:

| *Dates* | *Description* | *Amount* |
|---|---|---|
| 4/29/19 | Initial Retainer | $5,000.00 |
| 6/4/19 | Payment to Trust | $2,500.00 |
| | **Total Received:** | **$7,500.00** |

Date: June 5, 2019

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: _____/s/ Brett Weiss_____
   BRETT WEISS, #02980
   6404 Ivy Lane, Suite 650
   Greenbelt, Maryland 20770
   (301) 924-4400
   brett@BankruptcyLawMaryland.com