# In the United States Bankruptcy Court
## for the District of Maryland

In re:

**ROCK CREEK BAPTIST CHURCH,** *etc.*

*Debtor.*

Bankruptcy No. 19-1-6565 LSS

Chapter 11

**NOTICE TO CREDITORS WHOSE CLAIMS ARE SCHEDULED AS DISPUTED, CONTINGENT OR UNLIQUIDATED**

**Now Comes** Debtor, by and through counsel The Weiss Law Group, LLC and Brett Weiss, and pursuant to Local Rule 2081-1 hereby gives notice to the creditors on the attached listing that:

1.     The creditor's claim in this case is listed on a schedule herein as disputed, contingent or unliquidated.

2.     The creditor has the right to file a Proof of Claim in this case.

3.     Failure to timely file a Proof of Claim in this case may prevent the creditor from voting on a plan or participating in any distribution.

Date: June 12, 2019

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: _____/s/ Brett Weiss_____
BRETT WEISS, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
(301) 924-4400
brett@BankruptcyLawMaryland.com

## Certificate of Service

**I hereby certify** that on the 12th day of June, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing document will be served electronically by the Court's CM/ECF system on the following:

Lynn A. Kohen     lynn.a.kohen@usdoj.gov
Nicole C. Kenworthy     bdept@mrrlaw.net
Susan J. Klein     sklein@fftlaw.com, lramsey@fftlaw.com

**I hereby further certify** that on the 12th day of June, 2019, a copy of the foregoing document was also mailed first class mail, postage prepaid, to:

All creditors on the attached listing

                                                      /s/ Brett Weiss
                                                      Brett Weiss

## LIST OF CREDITORS

ARS National Service Inc.
PO Box 463023
Escondido, CA 92046-3023

Bank of America
Post Office Box 982238
El Paso, TX 79998-2238

BB&T Commercial Equipment Capital
2 Great Valley Parkway, Suite 300
Malvern, PA 19355-1319

BP Business Solutions
5445 Triangle Pkwy NW #400
Norcross, GA 30092-2575

Citibank
Post Office Box 790034
St. Louis, MO 63179-0034

Coester Financing, LLC
6711 Columbia Gateway Drive, # 475
Columbia, MD 21046-2724

Dell Financial Services
Post Office Box 81577
Austin, TX 78708-1577

Hilldrup Moving & Storage
Post Office Box 1290
Stafford, VA 22555-1290

Leaf Capital Funding, LLC
Post Office Box 742647
Cincinnati, OH 45274

Liberty Mutual
PO Box 9126
Boston, MA 02114-0041

Mark Vogel
760 Crandell Road
West River, MD 20778-2300

Nard's Inc.
6821 Whittier Avenue
McLean, VA 22101-4537

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

RJH Air Cond. & Refrigeration Service
c/o BARR Credit Services
5151 E. Broadway Blvd., Ste. 800
Tucson, AZ 85711-3775

Suddath Relocation Systems
815 South Main Street, Suite 544
Jacksonville, FL 32207-8169

TCF Equipment Finance
PO Box 77077
Minneapolis, MN 55480-7777

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

Wells Fargo Financial National Bank
7000 Vista Drive
West Des Moines, IA 50266-9310

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

– 3 –