THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)

**In re:**    *

**ROCK CREEK BAPTIST CHURCH**    Case No. 19-16565-LSS
**OF THE DISTRICT OF COLUMBIA**    *    Chapter 11

    **Debtor.**    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED CERTIFICATE OF SERVICE ON
DEBTOR'S MOTION FOR ORDER ENLARGING EXCLUSIVITY
PERIOD TO FILE PLAN OF REORGANIZATION AND OBTAIN
ACCEPTANCE PURSUANT TO 11 U.S.C. §1121(d)**

    **I HEREBY CERTIFY** that on the 10th day of September, 2019, a copy of the foregoing Motion to Extend Exclusivity was, unless otherwise stated, mailed, by first class mail, postage prepaid to the following:

**Sent by CM/ECF**

Office of the United States Trustee (lynn.a.kohen@usdoj.gov)
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Maria Chavez-Ruark (maria.ruark@saul.com)
Saul Ewing et al.
500 E. Pratt Street
Suite 900
Baltimore, MD 21202

Scott Robinson (scottr@hbllaw.com)
Hofmeister & Breza
11019 McCormick Road, Suite 400
Hunt Valley, Maryland 21031

Nicole Kenworthy (bdept@mrrlaw.net)
Meyers, Rodbell & Rosenbuam
6801 Kenilworth Avenue, Suite 400

Riverdale Park, Maryland 20737

Susan Klein (sklein@fftlaw.com)
Friedman, Framme & Thrush, P.A.
10461 Mill Run Circle, Ste. 550
Owings Mills, Maryland 21117

Kristen S. Eustis (keustis@milesstockbridge.com)
Joel Perrell Jr. (jperrell@milesstockbridge.com)
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Jeremy Freidberg (jeremy@friedberg.legal)
Gordon Young
10045 Red Run Blvd, Suite 160
Baltimore, MD 21117

**Sent by First Class Mail:**

Other than those stated above, all creditors on the attached mailing matrix.

Respectfully submitted,

MCNAMEE HOSEA JERNIGAN KIM
GREENAN & LYNCH, P.A.

/s/ Janet M. Nesse
Janet M. Nesse (Fed Bar No. 07804)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(t) 301-441-2420
(f) 301-982-9450
jnesse@mhlawyers.com
*Counsel to the Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 19-16565<br>District of Maryland<br>Greenbelt<br>Thu Aug 15 00:54:40 EDT 2019 | Coester Financing, LLC<br>c/o Scott R. Robinson, Esq.<br>Hofmeister & Breza<br>11019 McCormick Road, Suite 400<br>Hunt Valley, MD 21031-1407 | LEAF Capital Funding, LLC<br>c/o Susan J. Klein, Esq.<br>Friedman, Framme & Thrush, P.A.<br>10461 Mill Run Circle, Ste. 550<br>Owings Mills, MD 21117-5555 |
| Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave.<br>Ste. 400<br>Riverdale Park, MD 20737-1385 | Rock Creek Baptist Church of the District of<br>Post Office Box 3028<br>Upper Marlboro, MD 20773-3028 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| ADT Security Systems<br>PO Box 371490<br>Pittsburgh, PA 15250-7490 | ARS National Service Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BB&T Commercial Equipment Capital<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355-1319 | BP Business Solutions<br>5445 Triangle Pkwy NW #400<br>Norcross, GA 30092-2575 | Bank Of America, N.A.<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Chex System, Inc.<br>Attn: Consumer Relations<br>7805 Hudson Road, Suite 100<br>Saint Paul, MN 55125-1595 | Christopher S. Young, Esq.<br>Business & Technology Law Group<br>6310 Hillside Court, Suite 160<br>Columbia, MD 21046-1081 |
| Coester Financing, LLC<br>6711 Columbia Gateway Drive, Suite 475<br>Columbia, MD 21046-2724 | Commonwealth Digital Office Solutions<br>21205 Ridgetop Circle<br>Sterling, VA 20166-6501 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| David A. Rosen, Esq.<br>RAS Crane, LLC<br>11900 Parklawn Drive, Suite 310<br>Rockville, MD 20852-2893 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Experian<br>PO Box 4500<br>Allen, TX 75013-1311 |
| Hilldrup Moving & Storage<br>PO BOX 1290<br>Stafford, VA 22555-1290 | Hofmeister, Breza & Leavers<br>11350 McCormick Road, Suite 1300<br>Hunt Valley, MD 21031-1002 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)JOSEPH G MCGUINNESS<br>3858 CARSON STREET SUITE 301<br>TORRANCE CA 90503-6700 |
| Leaf Capital Funding, LLC<br>PO Box 742647<br>Cincinnati, OH 45274-2647 | Liberty Mutual<br>PO Box 9126<br>Boston, MA 02114-0041 | Lowe's<br>PO Box 1111<br>North Wilkesboro, NC 28659-1111 |

| | | |
|---|---|---|
| Mark A. Simanowith, Esq.<br>500 East Pratt Street<br>Baltimore, MD 21202-3133 | Mark Vogel<br>760 Crandell Road<br>West River, MD 20778-2300 | McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 |
| Ministry Partners Investment Company LLC<br>915 W. Imperial Highway, Suite 120<br>Brea, CA 92821-3850 | Monarch Recovery Management Inc<br>10965 Decatur Rd<br>Philadelphia, PA 19154-3210 | Nard's Inc.<br>6821 Whittier Avenue<br>Mc Lean, VA 22101-4537 |
| (p)PEPCO<br>LEGAL SERVICES<br>PEPCO HOLDINGS INC<br>701 NINTH ST NW SUITE 1100<br>WASHINGTON DC 20068-0001 | Peter Ramsey Helt, Esq.<br>Baylinson, Kudysh, Greenberg & Helt, LLC<br>303 S. Main Street<br>Mount Airy, MD 21771-5396 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| RJH Air Conditioning & Refrigeration Ser<br>12232 Distribution Place<br>Beltsville, MD 20705-1414 | RJH Air Conditioning & Refrigeration Service<br>C/o BARR Credit Services<br>5151 E. Broadway Blvd., Ste. 800<br>Tucson, AZ 85711-3775 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 |
| SimplexGrinnell, LP<br>22712 Commerce Center Court<br>Sterling, VA 20166-2040 | (p)SOURCE RECEIVABLES MANAGEMENT<br>PO BOX 4068<br>GREENSBORO NC 27404-4068 | State of Maryland<br>Comptroller of the Currency<br>Compliance Division, Room 409<br>301 West Preston Street<br>Baltimore, MD 21201-2305 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Suddath Relocation Systems<br>815 South Main Street, Suite 544<br>Jacksonville, FL 32207-8169 | Susan S. Kline, Esq.<br>Friedman, Framme & Thrush, PA<br>10461 Mill Run Circle, Suite 550<br>Owings Mills, MD 21117-5555 |
| TCF Equipment Finance<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 |
| Valentine & Kebartas, LLC<br>PO Box 325<br>Lawrence, MA 01842-0625 | Vend Lease Company, Inc.<br>8100 Sandpiper Circle,<br>Suite 300<br>Nottingham, MD 21236-4992 | Wells Fargo Financial Leasing<br>PO Box 10306<br>Des Moines, IA 50306-0306 |
| Wells Fargo Financial National Bank<br>7000 Vista Drive<br>West Des Moines, IA 50266-9310 | William Day Law Group, LLC<br>4701 SANGAMORE RD<br>SUITE 100N<br>Bethesda, MD 20816-2558 | Brett Weiss<br>The Weiss Law Group, LLC<br>6404 Ivy Lane, Suite 650<br>Greenbelt, MD 20770-1427 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Dell Financial Services Llc<br>One Dell Way<br>Round Rock, TX 78682-7000 |
| (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Home Depot Credit Services<br>Citicard Private Label<br>PO Box 20483<br>Kansas City, MO 64195-0483 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |
| Joseph G. McGuinness<br>McGuinness & Associates<br>3858 Carson Street, Suite 301<br>Torrance, CA 90503 | PEPCO<br>PO Box 97274<br>Washington, DC 20067-2812 | Source RM<br>4615 Dundas Drive, Suite 102<br>Greensboro, NC 27407 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LEAF Capital Funding, LLC<br>c/o Susan J. Klein, Esq.<br>Friedman, Framme & Thrush, P.A.<br>10461 Mill Run Circle, Ste. 550<br>Owings Mills, MD 21117-5555 | (d)Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 | (u)Rock Creek Christian Academy |
| (u)Rock Creek Community Development Corp | (d)Mark Vogel<br>760 Crandell Road<br>West River, MD 20778-2300 | End of Label Matrix<br>Mailable recipients   59<br>Bypassed recipients    5<br>Total                 64 |